# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lauren Davis, *on behalf of herself and Other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>D.R. Horton Inc.<br><br>Defendant | Civil Action No. 1:19-cv-01686-LPS |

**DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

Defendant D.R. Horton Inc. ("D.R. Horton"), by and through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 12(f) and 23(d)(1)(D) to strike the class allegations and citation to *Marks v. Crunch San Diego, LLC*, 904 F.3d 1041, 1053 (9th Cir. 2018) set forth in Plaintiff Lauren Davis' Complaint [D.I. 1].

The grounds for this Motion are set forth in the Letter Brief filed concurrently with this Motion.

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, counsel for the parties, including Delaware counsel, participated in a meet-and-confer telephone conference regarding the matters set forth in this Motion and its accompanying Letter Brief on November 1, 2019 but did not reach a resolution.

1

DATED this 8th day of November, 2019	Respectfully submitted,

By: _/s/ Alessandra Glorioso_
Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Tel.: (302) 622-8820
E-mail: schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

-and-

DORSEY & WHITNEY LLP
Scott D. Goldsmith (*pro hac vice*)
Alexandra N. Krasovec (*pro hac vice*)
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
E-mail: goldsmith.scott@dorsey.com
krasovec.alexandra@dorsey.com

*Attorneys for Defendant D.R. Horton Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document has been submitted through the Court's CM/ECF system on November 8, 2019 and accordingly served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                */s/ Alessandra Glorioso*
                                                Alessandra Glorioso (DE Bar No. 5757)