**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LAUREN DAVIS, *on behalf of herself and all others similarly situated*, | ) ) ) | Case No. 1:19-cv-01686-LPS-JLH |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| D.R. HORTON, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Blake A. Bennett (#5133)
Cooch & Taylor P.A.
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
bbennett@coochtaylor.com
Phone: (302) 984-3889

Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
aradbil@gdrlawfirm.com
Phone: (512) 803-1578

*Counsel for Plaintiff and the proposed class*

Lauren Davis and D.R. Horton, Inc. (the "Parties") hereby notify the Court that they have reached an agreement in principle to resolve this action. The Parties respectfully request that the Court vacate all pending deadlines and provide the Parties with 30 days to finalize the settlement and file a stipulation of dismissal.

Dated: March 24, 2021                    Respectfully submitted,

                                         **COOCH AND TAYLOR P.A.**

                                         */s/ Blake A. Bennett*
                                         Blake A. Bennett (#5133)
                                         The Nemours Building
                                         1007 N. Orange St., Suite 1120
                                         Wilmington, DE 19801
                                         302-984-3800
                                         *Counsel for Plaintiff Lauren Davis and the proposed*
                                         *class*

1