# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAUREN DAVIS, *on behalf of herself and all others similarly situated*,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>D.R. HORTON, INC.,  )<br>)<br>Defendant.  ) | Case No. 1:19-cv-01686-LPS-JLH |

## STIPULATION OF DISMISSAL

| | |
|---|---|
| Carl D. Neff (Bar No. 4895)<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19803<br>Telephone: (302) 482-4244<br>E-mail: carl.neff@fisherbroyles.com | Blake A. Bennett (#5133)<br>Cooch & Taylor P.A.<br>1007 N. Orange St., Suite 1120<br>Wilmington, DE 19801<br>bbennett@coochtaylor.com<br>Phone: (302) 984-3889 |
| Scott D. Goldsmith (admitted pro hac vice)<br>213 Main St., #401<br>El Segundo, CA 90245<br>Telephone: (323) 471-4662<br>E-mail: scott.goldsmith@fisherbroyles.com | Aaron D. Radbil (*pro hac vice*)<br>Greenwald Davidson Radbil PLLC<br>401 Congress Avenue, Suite 1540<br>Austin, Texas 78701<br>aradbil@gdrlawfirm.com<br>Phone: (512) 803-1578 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Lauren Davis hereby dismisses the above styled action in its entirety. The dismissal shall be with prejudice as to Lauren Davis' individual claims and without prejudice as to the claims of the putative class. The parties shall bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: April 26, 2021 | Respectfully submitted, |

**COOCH AND TAYLOR P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
302-984-3800

*Counsel for Plaintiff*


**FISHERBROYLES, LLP**

*/s/ Carl D. Neff*
Carl D. Neff (Bar No. 4895)
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: (302) 482-4244
E-mail: carl.neff@fisherbroyles.com

Scott D. Goldsmith (*admitted pro hac vice*)
213 Main St., #401
El Segundo, CA 90245
Telephone: (323) 471-4662
E-mail: scott.goldsmith@fisherbroyles.com

*Counsel for Defendant*